IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE LOWE, : | |
|     Petitioner, : | |
| : | 1:14-cv-1322 |
| v. : | |
| : | Hon. John E. Jones III |
| YORK COUNTY JUDICIAL : | |
| CENTER, : | |
|     Respondent. : | |

## ORDER

**July 22, 2014**

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED without prejudice**.

2. The motion for leave to proceed *in forma pauperis*, (Doc. 4), is **GRANTED** for the sole purpose of filing this action.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge